UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-374-T-30MAP

PHILIP CARL OLSEN

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture (Doc. 30) for an Apple iPhone 6, Serial Number: DNPNT3STG5MK, pursuant to the provisions of 18 U.S.C. § 2428 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Being fully advised of the relevant facts, the Court finds that the asset described above was used to facilitate the commission of the offense of conviction, in violation of 18 U.S.C. § 2422(b), as charged in Count One of the information.

Accordingly, it is **ORDERED** that the motion (Doc. 30) of the United States is GRANTED.  Pursuant to 18 U.S.C. § 2428 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the asset described above is FORFEITED to the United States of America for disposition according to law.

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of the asset, and to adjudicate any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida, on November 7th, 2016.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
All Parties/Counsel of Record

F:\Docs\2016\16-cr-374 forfeit Order 30.docx