UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:16-cr-374-T-30MAP

PHILIP CARL OLSEN

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 42), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for an Apple iPhone 6, Serial Number: DNPNT3STG5MK.

On November 7, 2016, the Court entered a Preliminary Order of Forfeiture for the phone described above, pursuant to 18 U.S.C. § 2428. Doc. 31.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the phone on the official government website, www.forfeiture.gov, from November 17, 2016 through December 16, 2016. Doc. 39. The publication gave notice to all third parties with a legal interest in the phone to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801

North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 42) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the phone identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the phone is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 2nd day of February, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record